## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

TEVIN KEYON WATSON,

      Petitioner,

v.                                      CASE NO. 3:18cv84-MCR/HTC

MARK S INCH,

      Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 18, 2019. ECF No. 17. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of all timely filed objections, ECF No. 21.

Having considered the Report and Recommendation, and the objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

(2) The Clerk of Court for the United States District Court for the Northern District of Florida is directed to enter the following judgment: "The petition for writ of habeas corpus, ECF Doc. 1, challenging Petitioner's judgment of conviction and sentence in *State of Florida v. Tevin Keyon Watson*, Escambia County Circuit Court Case No. 2012-CF-5852, is **DISMISSED WITH PREJUDICE** as time barred"

(3) The Clerk is directed to close the file for this case.

**DONE AND ORDERED** this 11th day of July 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**